**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JESUS LUIS CORTINAS, JR.,** | § | |
| | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00137** |
| | § | |
| **WARDEN JONES,** | § | |
| | § | |
| | § | |
| **Respondent.** | § | |

## <u>ORDER</u>

Jesus Luis Cortinas, Jr. ("Petitioner"), federal prisoner registration number 86854-510, filed a *pro se* habeas petition under 28 U.S.C. § 2241 challenging his federal convictions. (Dkt. 1.) Petitioner pleaded guilty to felon in possession of a firearm and possession of a stolen firearm and was sentenced on May 15, 2024, to two concurrent 48-month terms of imprisonment. *United States v. Cortinas*, C.A. No. 5:23-CR-1403 (S.D. Tex.). Judgment of conviction was entered on May 20, 2024. No appeal was taken. Petitioner's motions to reduce his sentence, filed on February 25, 2025, and June 23, 2025, were denied. He did not seek relief under 28 U.S.C. § 2255.

Petitioner filed the pending § 2241 petition on July 29, 2025. He argues that his convictions violate his Second Amendment right to bear arms, that he did not do anything violent with the weapon or possess any illegal narcotics, and that the firearm was not fully assembled or loaded. As judicial relief, he seeks immediate release from prison with monetary compensation.

1 / 4

## Recharacterization and *Castro* Notice

Petitioner filed the instant pleading as a habeas petition brought pursuant to 28 U.S.C. § 2241. Having reviewed the petition, the record, and the applicable law, the Court finds that the petition should be recharacterized as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Consequently, the Court hereby notifies Petitioner pursuant to *Castro v. United States*, 540 U.S. 375, 377 (2004), that it intends to recharacterize the pleading as a § 2255 motion and that the recharacterization will cause his pleading to be subject to § 2255's "second or successive" restrictions. The Court advises Petitioner that, in light of such recharacterization, he has the right to withdraw the current pleading or amend the pleading to raise all § 2255 claims he believes he has.

Therefore, Petitioner is GRANTED LEAVE to withdraw his pleading or file an amended motion under § 2255 within THIRTY DAYS from date of this order. Any amended § 2255 motion or notice withdrawing his pleading must be filed under the instant case number. If Petitioner takes no further action and does not withdraw the pleading or file an amended § 2255 motion within thirty days, the Court will proceed to adjudicate the current pleading recharacterized as one brought under § 2255. Should Petitioner elect to file a notice withdrawing the pleading, this lawsuit will be administratively closed and no further judicial action will be taken.

## Statute of Limitations

Motions filed pursuant to 28 U.S.C. § 2255 are governed by a one-year statute of limitations. Under 28 U.S.C. § 2255(f),

A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)    the date on which the judgment of conviction becomes final;

(2)    the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;

(3)    the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)    the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

28 U.S.C. § 2255(f).

Petitioner did not appeal his convictions and sentences, and they became final for purposes of the § 2255 limitation on May 29, 2024. Limitations expired one year later, on May 29, 2025, pursuant to 28 U.S.C. § 2255(f)(1). Thus, the instant pleading, filed on July 29, 2025, and recharacterized as a § 2255 motion, is untimely and barred by limitations.

Accordingly, unless he elects to withdraw his current pleading, Petitioner is ORDERED to show cause, by written response filed within THIRTY DAYS from date of

this order, why his § 2255 motion should not be dismissed as barred by the one-year statute of limitations. Should Petitioner elect to file an amended § 2255 motion, he may include his show cause response within the amended motion and he need not file a separate written response.

The Clerk of Court is DIRECTED to mail Petitioner a copy of this order by any receipted means at the address indicated in his most recent filing.

IT IS SO ORDERED.

SIGNED this December 15, 2025.

Diana Saldaña
United States District Judge