Jesus L. Cortinas
#86864510
Federal Correctional Complex
Coleman 2 U.S.P
P.O. Box 1034
Coleman, FL 33521

United States Courts
Southern District of Texas
RECEIVED

MAY 11 2026   BM

Nathan Ochsner, Clerk
Laredo Division

78040-501699



TAMPA FL 335
SAINT PETERSBURG FL
5 MAY 2026   PM 4   L

Clerk
United States Courthouse
Southern District - Laredo
1300 Victoria St.
Laredo, TX.   78040