

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

To:              **Jesus Luis Cortinas, Jr. (86854–510)**
Re:              **Civil Action No. 5:25–137**
Date:            **5/19/2026**
From:            **Nathan Ochsner, Clerk**

     Be advised that the clerk's office has received correspondence/pleadings from you as follows:

The Clerk's Office received your letters of May 11, 2026, and May 19, 2026, regarding the status of your appeal. You write that you filed your appeal in July 2025 and heard nothing back. We show that you filed a section 2241 habeas petition on August 14, 2025, and that there is no pending appeal. The Court sent you a copy of your docket sheet on November 19, 2025, per your request. On December 15, 2025, the Court notified you that your section 2241 motion was being recharacterized as a section 2255 motion, and ordered you to show cause why the motion should not be dismissed as barred by limitations. You sent the Clerk's Office a letter on February 25, 2026, regarding limitations and the show cause order. You sent the Clerk's Office another letter on April 15, 2026, regarding a delay in receiving your mail because you had moved. The Clerk's Office then received your two letters of May 11, 2026, and May 19, 2026, regarding the status of your "appeal. The section 2255 motion remains under advisement by the Court for a ruling. The Clerk's Office can take no action on or provide any advice as to your complaints regarding your conditions of confinement in prison, information regarding other criminal activity, or your communications with judges. If you are moved to a different prison facility, please be sure to send the Clerk's Office a separate Notice of New Address with your name, new address, and case number. This will help avoid delays in your receipt of court orders and other information regarding your case.

By Deputy Clerk
Nathan Ochsner, Clerk